THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| JAMES HAUSKNECHT,<br><br>                Plaintiff,<br><br>v.<br><br>ROSIE RIVERA et al.,<br><br>                Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:21-CV-581-DBB<br><br>District Judge David Barlow |

Reviewing this prisoner civil-rights complaint under 28 U.S.C.S. § 1915A (2022), in an Order dated March 8, 2022, the Court deemed it deficient. (ECF No. 8.) The Court gave directions for curing deficiencies and ordered deficiencies be cured within thirty days. Plaintiff did not respond and has not since been heard from at all since he first submitted his Complaint on October 4, 2021--about ten months ago. (ECF No. 6.)

**IT IS ORDERED** that this action is **DISMISSED** without prejudice for failure to state a claim under 28 U.S.C.S. § 1915(e)(2)(B)(ii) (2022), follow the Court's Order, and prosecute this case, *see* DUCivR 41-2. This action is **CLOSED.**

DATED this 4th day of August, 2022.

BY THE COURT:

JUDGE DAVID BARLOW
United States District Court